BRIAN A. VOGEL (No. 167413)
HEATHER A. QUEST (No. 186749)
THE LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Drive, Suite 104
Ventura, CA 93003
Telephone: (805) 654-0400
Facsimile: (805) 654-0326
E-Mail: brian@bvogel.com; heather@bvogel.com

BARRETT S. LITT (No. 45527)
DAVID S. McLANE (No. 124952)
KAYE, McLANE & BEDNARSKI, LLP
234 East Colorado Boulevard, Suite 230
Pasadena, California 91101
Telephone: (626) 844-7660
Facsimile: (626) 844-7670
E-Mail: dmclane@kmbllp.com; klahue@kmbllaw.com

Attorneys for Plaintiffs

FILED
CLERK, U.S. DISTRICT COURT
05/20/16
CENTRAL DISTRICT OF CALIFORNIA
BY: ____GR____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S., an Individual by and through his Guardian Ad Litem, MARY RODGERS-VEY, and O.M., an Individual by and through his Guardian Ad Litem, ADRIAN MOJICA, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs. | Case No. 2:16-cv-16-03084<br><br>**CLASS ACTION**<br><br>**ORDER ON PLAINTIFF O.M.'S PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM**<br><br>**[Petition Filed Concurrently Herewith]** |

1

---

[PROPOSED] ORDER RE: APPOINTMENT GUARDIAN AD LITEM

| | |
|---|---|
| COUNTY OF VENTURA; VENTURA COUNTY SHERIFF'S OFFICE; VENTURA COUNTY SHERIFF GEOFF DEAN, an Official; CALIFORNIA FORENSIC MEDICAL GROUP; TAYLOR FITHIAN, an Official as Director of California Forensic Medical Group; PAM AHLIN, an Official as Director of California Department of State Hospitals; HARRY OREOL, an Official as Director of Patton State Hospital; MHM SERVICES OF CALIFORNIA, INC.; MARCUS LOPEZ, an Official as Director of MHM Services of California, Inc; and DOES 1 through 10, inclusive,<br><br>                    Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

GOOD CAUSE APPEARING THEREFORE, based on the Petition for Appointment of Guardian Ad Litem and the supporting declarations, it is hereby ordered that the Petition is granted, and that ADRIAN MOJICA is appointed as Guardian Ad Litem for Plaintiff O.M. for all purposes in this matter.

IT IS SO ORDERED.

Dated: May 20, 2016

_____
Hon. Rozella A. Oliver
United States Magistrate Judge

[PROPOSED] ORDER RE: APPOINTMENT GUARDIAN AD LITEM