AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |
|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

United States District Court
Central District of California

Case No. 16-03084-BRO-RAO

Additional Sheet for Summons

Additional Plaintiffs:
ADRIAN MOJICA, on behalf of themselves and all
others similarly situated.

Additional Defendants:
TAYLOR FITHIAN, an Official
as Director of California Forensic Medical
Group; PAUL ADLER, M.D., an Official
as Director of California Forensic Medical
Group; RONALD POLLACK, M.D.; an
Official; CALIFORNIA DEPARTMENT
OF STATE HOSPITALS; PAM AHLIN,
an Official as Director of California
Department of State Hospitals; PATTON
STATE HOSPITAL; HARRY OREOL, an
Official as Director of Patton State
Hospital; MHM SERVICES OF
CALIFORNIA, INC.; MARCUS LOPEZ,
an Official as Director of MHM Services
of California, Inc.; and DOES 1 through 10, inclusive.

Addresses for Defendants:
4. CALIFORNIA FORENSIC MEDICAL GROUP; 5. TAYLOR FITHIAN, an Official as
Director of California Forensic Medical Group; 6. PAUL ADLER, M.D., an Official as Director
of California Forensic Medical Group; 7. RONALD POLLACK, M.D.; an Official;
CFMG
800 South Victoria Avenue
Ventura, California 93009

8. CALIFORNIA DEPARTMENT OF STATE HOSPITALS;
9. PAM AHLIN, an Official as Director of California Department of State Hospitals;
California Department of State Hospitals
1600 9th Street, Rm. 151
Sacramento, CA 95814

p. 1

10. PATTON STATE HOSPITAL;
11. HARRY OREOL, an Official as Director of Patton State Hospital;
Patton State Hospital
3102 E. Highland Avenue
Patton, CA 92369

12. MHM SERVICES OF CALIFORNIA, INC.;
MHM Services of California, Inc.
Agent for Service of Process
CT Corporation System
818 West Seventh St., Ste 930
Los Angeles, CA 90017

13. MARCUS LOPEZ, an Official as Director of MHM Services of California, Inc.;
VENTURA CONREP Office
3007 Saviers Road
Oxnard, CA 93033