**EXHIBIT 2**

# Ventura County Grand Jury
# 2015 - 2016



# Final Report

# Annual Detention Facilities and Law Enforcement Issues

# May 24, 2016

*This page intentionally blank*

**Ex. 2-2**

# Annual Detention Facilities and Law Enforcement Issues

## Summary

Pursuant to California Penal Code Section 919(b), the 2015-2016 Ventura County Grand Jury (Grand Jury) "inquired into the condition and management" of the detention facilities in Ventura County (County). The Grand Jury inspected the Pre-Trial Detention Facility (Main Jail), Todd Road Jail, the East Valley Jail, all nine police/Sheriff's holding facilities, and the two juvenile facilities.

The Grand Jury continued to follow a well-established methodology: touring facilities, asking questions of the various facilities' personnel, and documenting the process. In the course of fulfilling its mandate, the Grand Jury took note of factors that affected the law enforcement agencies over the past year.

The first key factor was the 2011 federal court order to reduce prison overcrowding. The resulting Public Safety Realignment Act (AB 109) significantly reduced the prison population. However, AB 109 did not meet its intended goal. The Ventura County Jail population initially rose due to newly convicted non-violent/non-serious/non-sex offenders being incarcerated in County jails instead of State prisons.

The second key factor was the passage of Proposition 47 (Prop 47) in 2014. This proposition retroactively changed the classification of many property and drug offenses from felonies to citable misdemeanors. Since the passage of Prop 47, the prison population was reduced to meet the Court mandated goals; however, with the passage of time a number of unanticipated consequences have become evident.

Another factor affecting law enforcement is the Ventura County Sheriff's Office (Sherriff's Office) initiative to provide Crisis Intervention Team training to sworn staff and dispatchers. This 40-hour training is a well-recognized tool enabling law enforcement to de-escalate "crisis situations" that may involve a high-degree of emotion, disorientation, and/or mental illness. Seventy-four percent (74%) of sworn patrol officers and 40% of dispatchers have completed this program.

The Grand Jury found that, with few exceptions, the jails and holding facilities in the County are in good order. One notable concern was the state of the facility and funding for the Santa Paula police force. The Grand Jury recommends that the City of Santa Paula create a prioritized list of changes targeted at improving the capabilities of its police force.

The Grand Jury recommends that the Sheriff's Office, working with the Behavioral Health Division, provide the Board of Supervisors with an annual, data-based assessment of mental health issues in the law enforcement environment and propose additional measures to mitigate those issues.

The Grand Jury commends the Sheriff's Office and the Board of Supervisors for their proactive stance and persistence in obtaining funding for the medical/mental health facility addition to Todd Road Jail.

The Grand Jury further commends the Sheriff's office for its work in providing Crisis Intervention Team training for the sworn staff and dispatchers.

## Background

California Penal Code section 919 (b), that established the Grand Jury's duties, mandates one specific task, an annual inspection of all the detention facilities in the County. It leaves it up to the Grand Jury to choose whether to write a report on the results of those inspections. The 2015-2016 Ventura County Grand Jury, like its predecessor grand juries, has chosen to document its detention facilities task and, as in recent reports, provide facts relevant to the forces at work on the law enforcement community within the County.

These forces include:

- The statewide movement of inmates from State prisons to parole, probation, and monitored release, known as Realignment (AB 109), driven by federal court order relating to overcrowding conditions in the State prisons
- The effects of Prop 47, approved by the voters in November 2014, that further sought to reduce prison population by reclassifying certain felonies to misdemeanors
- The growing recognition that drug usage and mental health issues strongly affect law enforcement activity

The Sheriff's Office has initiated measures, such as Crisis Intervention Team (CIT) training, to mitigate situations driven by mental illness and developmental disabilities that might otherwise result in arrests and/or incarceration.

## Methodology

The 2015-2016 Ventura County Grand Jury carried out its annual inspection of the Ventura County detention facilities as mandated by State law. These inspections included both a physical walk-through of the facilities and discussions with the staff. The Grand Jury continued its inquiry through interviews and internet searches to provide further information relevant to the purpose of the report.

The Grand Jury completed the following tasks to fulfill its mandate:

- Before the inspections, discussed the facilities and reviewed past reports
- Scheduled an inspection of each of the 14 facilities in the County where individuals are detained
- Used a standard checklist form for jurors to follow when inspecting the various facilities
- Conducted a post-inspection review session for each facility

Some of the typical items considered for review when touring the individual facilities were:

- Logs for the Automated External Defibrillators to verify that the devices are inspected, tested, and logged as required
- Policies and Procedures Manuals
- Spot checks of sanitation equipment
- Juvenile detention logs and procedures
- Facility improvements recommended by previous grand juries

## Facts

### State Responses to Prison Overcrowding

**FA-01.** The 2011 implementation of the Public Safety Realignment Initiative (AB 109) has reached its "four-year mark". AB 109 has had several important outcomes:

- The State prison population was reduced but did not meet the Federal Court mandate until the implementation of Prop 47.
- The County jail population initially rose as newly convicted non-violent/non-serious/non-sex offenders were incarcerated in County jails instead of State prison.
- The pressure to further reduce prison and jail populations has forced early release of prisoners through the mechanisms of probation, parole, and supervised release. This has significantly increased the workloads of the responsible agencies.
- Low-level parole violators and/or those convicted of some specific low-level felonies are not sent to prison but are incarcerated for the offense in the county of origin.

(Ref-01, Ref-02, Ref-03, Ref-04, Ref-05)

**FA-02.** Prop 47 was passed by initiative on November 4, 2014. Its motivation was to further reduce the prison population in California. Its principal elements are:

- It retroactively reclassified certain felonies as misdemeanors.
- It classified certain crimes such as commercial burglary, forgery, bad checks, and possession of stolen property valued under $950, including firearms, as misdemeanors dealt with by citation rather than incarceration.
- It changed possession of controlled substances for personal use to a citable misdemeanor instead of a felony. Under certain circumstances, such as perceived threat to themselves, public safety, or the likelihood of flight, the alleged offender could be subject to arrest.

The effects of Prop 47, both anticipated and unanticipated, are still being assessed. Initially, Prop 47 has had the desired effect of reducing the number of prisoners in State prisons. Approximately 4000 prisoners have been released from State prisons as a result of Prop 47.

There is growing realization that some modifications of Prop 47 would be of significant value to public safety. These modifications include changing theft of all firearms to a felony, reverting possession of a date rape drug to a felony, and increasing law enforcement access to search warrants. Currently, search warrants are not issued for misdemeanors.

The anticipated reduction in the State of California Department of Corrections budget has not yet materialized due in part to the increased costs associated with post-release supervision and other unanticipated expenses. It was anticipated by the Legislative Analyst's Office in January 2014 (10 months before the vote) that $100 to $200 million would be saved annually. The 2015-2016 budget includes a savings of $19.3 million. Budget savings for 2016-2017 and beyond are estimated at $57 million per fiscal year.

The initiative specifies that the savings realized from Prop 47 would be spent as follows:

- 65% to mental health and drug abuse programs
- 25% to a safe schools fund
- 10% to the state victims compensation fund

Many criminals are adapting to Prop 47's provisions by carefully limiting their offenses to remain under the $950 limit. Law enforcement agencies are seeing instances of the same offenders being cited numerous times with no additional consequences.

Many of the crimes are driven by individuals seeking money to support drug habits. Because of the misdemeanor classification, the courts no longer have the leverage to make alcohol rehabilitation and drug diversion programs part of the sentencing process.

(Ref-06, Ref-07, Ref-08, Ref-09, Ref-10, Ref-11)

**FA-03.** The Crisis Intervention Team (CIT) is a tool used by law enforcement to de-escalate situations where an individual is in a "crisis situation" typically involving a high degree of emotion, mental illness, or disorientation. The officers are taught to recognize these situations, de-escalate them, and connect the individuals involved with alternative supporting resources. The CIT training is a 40-hour class.

Seventy-four percent (74%) of the sworn patrol staff and 40% of the dispatchers countywide have received this training with the goal of 100% in the near future. (Ref-12)

**Ventura County Jails**

**FA-04.** The attached table summarizes the results of the Grand Jury's inspections of the detention facilities in the County. Because there are three types of facilities (holding cells, jails, and juvenile facilities), three sets of evaluation criteria, with significant overlap, were used. These criteria are reflected in the structure of the table. The following legend identifies the rating system used:

E – Excellent

S – Satisfactory

N – Needs improvement

(Att-01)

**FA-05.** The Main Jail, otherwise known as the Pre-Trial Detention Facility, was opened in 1980. On August 30, 2015, it housed 841 inmates. The facility is certified by the Board of State and Community Corrections (BSCC) for a maximum rated housing capacity of 823.

Todd Road was built in 1995. On October 5, 2015, it housed 824 inmates (591 males, 233 females) and has a BSCC maximum rated housing capacity of 796.

The East Valley Jail (EVJ) housed 10 inmates on September 2, 2015. It has a maximum rated housing capacity of 34. Inmates housed at the EVJ are carefully screened by the Classification Unit at the Main Jail prior to transfer to EVJ.

**FA-06.** Male inmates at the Main Jail are being housed in the dayrooms in the auxiliary pods to increase capacity.

**FA-07.** Inmates identified as problematic or suicidal are segregated from the general population. Detainees at the Main Jail who exhibit violent behavior are transported to Ventura County Medical Center (VCMC) for evaluation. Seventy-five percent (75%) of incoming inmates exhibit some degree of intoxication, and those who are severely intoxicated may also be transported to VCMC.

Due to the number of gang members incarcerated, complete separation of members of specific gangs is not possible. Where individuals have a particular rivalry, they are housed separately.

**FA-08.** The medical personnel at the Main Jail include primary care physicians, psychiatrists, nurses, and mental health workers. There are nurses on duty 24/7. The medical professionals perform patient care for chronic conditions including diabetes and mental health problems. Inmates are transported to VCMC for medical issues beyond the capabilities of the Main Jail medical facility.

        The Main Jail has 18 cells to house the medically ill and two cells to house inmates with Severe and Persistent Mental Illness (SPMI). The severely mentally ill are segregated from the general populace and are supervised 24/7.

        It was reported that 42% of female inmates and 18% of male inmates exhibit some symptoms of mental illness. Of this population, 21% of the female inmates and 11% of the male inmates are classified SPMI. Substance abuse is a factor in a high percentage of these mental health issues.

**FA-09.** Originally, the Main Jail was designated for shorter term incarceration while Todd Road Jail was intended for longer term incarceration. Due to capacity limitations, inmates are transferred between these two jails to minimize overcrowding at both facilities.

**FA-10.** The staff is fully informed about Immigration and Naturalization Service (INS) procedures. The INS has access to the Main Jail system files and runs its own inquiries.

**FA-11.** The length of inmate sentences at Todd Road Jail has been increasing due to AB 109 and the effects of Prop 47. Currently the longest sentence at Todd Road is 12 years; the shortest is 30 days.

**FA-12.** The medical facility at Todd Road Jail is equivalent to an outpatient clinic. There are two primary care physicians, four days a week; one full time and one part time psychiatrist; two registered nurses 24/7 plus nurse practitioners. Medications are prescribed and dispensed at the medical facility. The inmates may refuse medication.

**FA-13.** One major objective of the health professionals at Todd Road Jail is to bridge inmates with medical/mental health issues to a supportive environment by connecting them with transition organizations upon their release. This transitional process includes providing five to seven days of medications upon release.

**FA-14.** Todd Road Jail inmate programs include educational/vocational programs, substance abuse treatment and education programs, a re-entry planning program, and religious services. Additionally, the inmates may attend 12 Step program meetings. The Grand Jury learned that the 12 Step program is available to inmates on a limited basis. Where costs are involved, programs are paid for by a fund established through the purchase of phone cards and commissary items by the inmates. The programs are not paid for out of the County General Fund.

**FA-15.** The Classification Units at Todd Road Jail and Main Jail determine the classification of each inmate. The factors determining their classification are based on the criminal history, tendency to violent behavior, need for protective custody, need for administrative segregation, and need for

medical or other special care. The inmates wear colored wrist bands indicating their classification.

Todd Road Jail has become a "de facto mental health facility". The Sheriff's Office applied for and recently received a State grant to build a 64-bed medical facility including treatment for physical and mental illness. The cost of the facility is estimated at $64 million.

(Ref-13)

**FA-16.** A recent policy change made it possible for new graduates from the Sheriff's Academy to be assigned to the jails for a period of three to four years. Prior to this change, the assignment period was six years. Each new officer is assigned a jail training officer who administers further training relating to the Manual of Procedures and indoctrination in skills needed.

### Other Detention Facilities

**FA-17.** The Grand Jury noted that the City of Oxnard installed benches in one holding cell as had been recommended by previous grand juries.

**FA-18.** The City of Oxnard provides maintenance for the police station including the holding cell area; however, it was not very clean. There was toilet paper on the ceiling, dirt in the corners, and cracks in the tile flooring.

**FA-19.** As of January 12, 2016, Simi Valley Police Department's last fire inspection occurred on June 7, 2012. Consequently, the Simi Valley Station does not have a current fire clearance. Fire inspections are required once every two years (Section 1032 Title 15 CCR).

**FA-20.** As of January 12, 2016, Simi Valley Police Department's Station Environmental Health and Medical/Mental Health inspection is overdue. These evaluations must occur annually.

**FA-21.** The Santa Paula Police Department's salaries are on a lower pay scale than the Sheriff's Office and city police departments within the County. As a consequence, they have a high turnover of officers. As of October 19, 2015, there were 28 sworn officers on staff with four to five on duty each shift. The staffing goal is 30 to 40 sworn officers to increase community presence and to staff special units.

**FA-22.** The Santa Paula Police Department's gang unit has been disbanded due to financial constraints. It was reported that "gangs in the area are out-of-control". The staffing shortage has forced the Santa Paula Police Department to be reactive versus proactive in their approach to policing.

**FA-23.** The Santa Paula Police Department's station roof leaks. Maintenance of this facility is provided by the City of Santa Paula.

**FA-24.** The age of the Santa Paula Police Department's station, built in the 1930s, inhibits its modification to allow upgrading their technological capabilities.

**FA-25.** As of January 12, 2016, the Santa Paula Police station's most recent fire inspection occurred on June 19, 2013. Consequently, the station does not have a current fire clearance. Fire inspections are required once every two years.

**FA-26.** As of January 12, 2016, the Santa Paula Police station inspection by the Ventura County Health Department was overdue. These evaluations must occur annually.

**FA-27.** Due to a funding issue, the inoperable internal camera system at the Moorpark Police Station has not been repaired for the past three to four years.

## Juvenile Facilities

**FA-28.** The Ventura Youth Correctional Facility (VYCF) is the only co-ed facility in the State Juvenile Correction System.

The ward's ages range from 13 to 25. A ward's stay at the facility averages two to two and one half years (2-2½). At the time of the inspection, the oldest ward was 23; the youngest approximately 15 or 16.

The wards at VYCF have committed crimes that are classified by the California Penal Code Section 707(b), as serious violent crimes including murder, kidnapping, grand theft, and sex offenses.

(Ref-14)

**FA-29.** The VYCF facility was built in 1962 with 38 housing units. As of November 30, 2015, it housed 237 wards; 26 females, 211 males, with three awaiting their transfer to prison. Only 12 of the 38 housing units are being utilized. Each housing unit has a Youth Correctional Counselor (YCC) on duty 24/7.

**FA-30.** At VYCF wards may participate in an apprenticeship program to help with the unit renovation. These wards earn program credits and are paid for jobs performed. The pay scale is based on "levels" and is determined by such criteria as overall behavior, school participation, and compliance with the institutional rules.

**FA-31.** Part of the responsibility of the VCYF wards is to maintain neatness and cleanliness in their individual cells and surrounding common living areas. One of the YCC's responsibilities is to oversee their compliance. The rooms were unkempt, floors and walls were dirty, windows were covered, and inappropriate pictures were on the walls.

**FA-32.** All VCYF wards are required to work toward receiving a high school diploma or to pass the GED exam. They may attend a high school in the VYCF that is fully-accredited by the Western Association of Schools and Colleges or take online courses to acquire an associate degree. The educational environment is structured to provide separate classes for males and females.

**FA-33.** The Ventura Youth Correctional Facility website states: "DJJ [Department of Juvenile Justice] considers a high school diploma or GED equivalent a minimum requirement for parole consideration." If the ward's stay at VYCF does not permit completing a formal high school curriculum, they are then "…guided to a General Education Development (GED) program". A recent bill, Senate Bill 172 (Liu) states that the wards are required to complete the curriculum but do not have to sit for the California High School Exit Examination. (Ref-15, Ref-16)

**FA-34.** The wards at the VYCF are directed to participate in the "Impact of Crime on Victims Program" which addresses the effect their crime had on the victims, their families, and the community. (Ref-17)

**FA-35.** At the time of the inspection, November 30, 2015, there were 40 wards at the VYCF in the mental health program, 60 on psychotropic medications, and 18 designated as high-risk for suicide.

**FA-36.** The Ventura County Probation Agency Juvenile Facility (VCPAJF) is a detention facility for those youths, both male and female, going through the court process or those whose charges have been sustained. These youths are considered delinquent, have committed crimes, or have probation violations.

This facility makes heavy use of incentives to help manage the youth's behavior and personal growth. Each of the 90 youths housed at the VCPAJF maintains his/her own personal cell area and by doing so earns incentive credits. Appropriate behavior allows them to participate in special programs and have additional privileges. These incentives also allow the youth to earn a reduction of time served.

**FA-37.** At VCPAJF, programs are offered in trades such as construction, plumbing, electrical wiring, and silk screen printing.

**FA-38.** Per the Juvenile Justice Subsystem website, "The Juvenile Justice (JJ) Ventura County Behavioral Health (VCBH) team has training, expertise, and experience in juvenile forensic mental health services, a unique clinical specialty in the behavioral health system of care.  JJ VCBH staff work within the Juvenile Facility with youth in detention and partner with Probation in both blending mental health treatment within facility operations, and enhancing the facility's rehabilitation milieu.  JJ VCBH staff have clinical skills specifically honed to work with juvenile offenders." (Ref-18)

**FA-39.** The VCPAJF received a grant to develop an eight-hour version of Crisis Intervention Team training for staff. Subsequently, the original program was expanded to 40 hours for all employees. It is expected that the full cycle for training all the staff will take four years.

**FA-40.** At least 75% of the youths housed at the VCPAJF have some type of mental health issue and are either in therapy and/or on medication.

**FA-41.** The VCPAJF has a padded safety room for those individuals who are in crisis. This room has areas that are not visible from the window in the door.

## Findings

**FI-01.** The Grand Jury rated all holding cells in the County as satisfactory or better for the areas reviewed with the exception of:

- The Oxnard Police holding cell area was dirty.
- The Moorpark police station internal camera system was inoperative.

(FA-01, FA-18, FA-27)

**FI-02.** The financial situation of the City of Santa Paula has imposed serious constraints on the functionality and capabilities of its police force which have affected public safety. (FA-21, FA-22, FA-23, FA-24, FA-25, FA-26)

**FI-03.** Consistent with the prior grand jury report, this Grand Jury found that the wards and the staff at the VYCF need to be held accountable for the cleanliness of the living quarters. (FA-31)

**FI-04.** The VCPAJF padded safety room has areas not visible from the window in the door. This poses a safety risk to youths who may do harm to themselves. (FA-41)

**FI-05.** The Grand Jury found that the efforts of the County law enforcement community have been complicated by the combined effects of Realignment (AB 109) and Prop 47. The effects range from continued pressure on jail population to changes in some offender's behavior by limiting offenses below the Prop 47 felony threshold. These, in turn, may be driving up crime rates in certain categories. (FA-02, FA-03, FA-05, FA-07, FA-09, FA-11)

**FI-06.** The Grand Jury found that the law enforcement community has an increased awareness of the magnitude of mental health issues to be addressed. While the addition of the medical/mental health facility at Todd Road will be a valuable asset, the facility cannot, by itself, be the complete solution for the issues posed by the Severe Persistent Mental Illness cases in the jails, let alone the other mental health support challenges. The problem clearly requires continued attention to characterize and identify solutions. (FA-04, FA-08, FA-14, FA-15, FA-35, FA-38, FA-39, FA-40)

**FI-07.** The Grand Jury found that, while 12 Step programs are offered in the Ventura County jail system, given the percentage of inmates identified as having substance abuse issues, the opportunity for participation by inmates in these 12 Step meetings needs to increase. (FA-07, FA-08, FA-13, FA-14, FA-15)

**FI-08.** The Grand Jury found that five facilities were noted to have staffing adequacy issues. (FA-04) (Att-01)

## Recommendations

**R-01.**  The Grand Jury recommends that the Ventura County Sheriff, working with County Behavioral Health Division, provide the Board of Supervisors with an annual data based assessment of mental health issues in the law enforcement environment. Based on this assessment, the Grand Jury recommends that these agencies expand existing programs (such as the 12 Step programs) and propose additional programs to both mitigate those issues and to help transition inmates with mental health issues back to "mainstream society". (FI-06, FI-07)

**R-02.**  The Grand Jury recommends that the Ventura County Sheriff provide an annual update to the Board of Supervisors on the observable and measurable effects of Prop 47 with recommendations regarding Prop 47 changes that would improve the balance between public safety and the use of resources. (FI-05)

**R-03.**  The Grand Jury recommends that the City of Santa Paula create a prioritized list of improvements targeted at restoring the functionality and capabilities of its police force. On a semi-annual basis, the City Council should report progress in funding the items on the list to the public. (FI-02)

**R-04.**  The Grand Jury recommends that the City Council of the City of Moorpark authorize the funds to repair the camera system internal to the Moorpark police station. (FI-01)

**R-05.**  The Grand Jury recommends that the Ventura County Probation Agency improve the observation of the entire "safety cell" at the Ventura County Probation Agency Juvenile Facility. (FI-04)

## Responses

Responses Required From:

Ventura County Sheriff (FI-05, FI-06) (R-01, R-02)
City Council of the City of Moorpark (FI-01) (R-04)
City Council of the City of Oxnard (FI-01)
City Council of the City of Santa Paula (FI-02) (R-03)

Responses Requested From:

Ventura County Health Agency (FI-06) (R-01)
Ventura County Probation Agency (FI-04) (R-05)

## Commendations

The Grand Jury commends the Sheriff's Office and the Board of Supervisors for their proactive stance and persistence in obtaining funding for the Medical/Mental health facility addition to Todd Road Jail.

The Grand Jury further commends the Sheriff's Office for its work in providing Crisis Intervention Team training for the sworn staff and dispatchers.

## References

**Ref-01.** California Department of Corrections And Rehabilitation, "2011 Public Safety Realignment", December 19, 2013, http://www.cdcr.ca.gov/realignment/docs/realignment-fact-sheet.pdf (accessed April 12, 2016).

**Ref-02.** Lagos, Marisa, KQED News, The California Report, "Four Years After Realignment, Prisons Are Less Crowded and Crime Rates Are Lower" September 29, 2015, http://ww2.kqed.org/news/2015/09/29/state-prison-realignment-has-achieved-its-goals (accessed April 12, 2016).

**Ref-03.** Lofstrom, Magnus; Martin, Brandon; Public Policy Institute of California, "Public Safety Realignment: Impacts So Far" September, 2015, http://www.ppic.org/main/publication_quick.asp?i=1164 (accessed April 12, 2016).

**Ref-04.** Willer-Allred, Michelle, Ventura County Star, "Ventura County Wrestles With Justice Realignment Plan", September 11, 2012, http://www.vcstar.com/news/crime/351977881.html?d=mobile (accessed April 12, 2016).

**Ref-05.** Couzens, J. Richard; Bigelow, Tricia A. "Felony Sentencing After Realignment August, 2015, http://www.courts.ca.gov/partners/documents/felony_sentencing.pdf (accessed April 12, 2016).

**Ref-06.** Graves, Scott, California Budget and Policy Center, "Spending Remains High Under the Governor's Proposed Budget, Despite Big Drop in Correctional Populations" September 2015, http://calbudgetcenter.org/wp-content/uploads/Corrections-Spending-Remains-High-Under-the-Governor%E2%80%99s-Proposed-Budget-Despite-Big-Drop-in-Correctional-Populations.pdf (accessed April 12, 2016).

**Ref-07.** Harris, Mike, Ventura County Star, "Prop. 47 Might Be Increasing Property Crime, Police Say" March 21, 2015, "http://www.vcstar.com/news/crime/prop-47-might-be-contributing-to-property-crime-police-say-ep-1002864652-347553541.html (accessed April 12, 2016).

**Ref-08.**  Koseff, Alexei, The Sacramento Bee, "California Prison Population Drops Under Proposition 47, But Public Safety Impact Still Unclear", August 7 2015, http://www.sacbee.com/news/politics-government/capitol-alert/article30455739.html (accessed April 12, 2016).

**Ref-09.**  Graves, Scott, California Budget and Policy Center, "Governor's Surprisingly Low Estimate of State Savings Faces Scrutiny In The Legislature this Week", March 7, 2016, http://calbudgetcenter.org/blog/governors-surprisingly-low-estimate-state-savings-prop-47-faces-scrutiny-legislature-week/ (accessed April 12, 2016).

**Ref-10.**  Debbaudt, Marc, ADDA, "Legislature should fix the Harmful Repercussions Created by Prop 47", January 13, 2016, https://www.laadda.com/legislature-should-fix-the-harmful-repercussions-created-by-prop-47/ (accessed April 12, 2016).

**Ref-11.**  O'Neil, Chris, VC Reporter, "Effects of Prop 47", http://www.vcreporter.com/cms/story/detail/the_effects_of_prop_47/13153/ (accessed April 12, 2016).

**Ref-12.**  Ventura County Health Care Agency Behavioral Health Department Crisis Intervention Team " About the CIT program", http://www.venturacountycit.org/about.html (accessed April 12, 2016).

**Ref-13.**  Von Quednow, Cindy, Ventura County Star, "Changing Jail Dynamics Pose Challenges for Classification Unit" September 6, 2014, http://www.vcstar.com/news/local/ventura/changing-jail-dynamics-pose-challenges-for-classification-unit-ep-599311228-351251471.html (accessed May 5, 2016).

**Ref-14.**  California Legislative Information System, Welfare and Institutions Code, "Sections 675-714", http://www.leginfo.ca.gov/cgi-bin/displaycode?section=wic&group=00001-01000&file=675-714 (accessed April 12, 2016).

**Ref-15.**  California Department of Corrections and Rehabilitation, "Division of Juvenile Justice", http://www.cdcr.ca.gov/Juvenile_Justice/ (accessed April 12, 2016).

**Ref-16.**  California Legislative Information, "SB 172: high school exit examination: suspension", October 7, 2015, https://leginfo.legislature.ca.gov/faces/billNavClient.xhtml?bill_id=201520160SB172 (accessed April 12, 2016).

**Ref-17.**  Department of Justice, Office of Justice Programs; et al. Restorative Justice Fact Sheet, "Victim Impact Class", http://www.courts.ca.gov/documents/VictimImpactClass.pdf (accessed April 12, 2016).

**Ref-18.**   Ventura County Health Care Agency, Behavioral health Department, "Juvenile Justice Subsystem", [http://www.vchca.org/behavioral-health/mental-health---youth-family-services/juvenile-justice-subsystem](http://www.vchca.org/behavioral-health/mental-health---youth-family-services/juvenile-justice-subsystem) (accessed April 12, 2016).

## Attachments

**Att-01.**   Detention Facility Summary Matrix

## Disclaimer

This report is issued by the 2015-2016 Ventura County Grand Jury. Due to a potential conflict of interest, certain members of this Grand Jury were excused from participating in some aspects in the production of this report.

## Glossary

| TERM | DEFINITION |
|---|---|
| 12 Step Program | A set of guiding principles outlining a course of action for recovery from addiction, compulsion, or other behavioral problems |
| AED | Automated External Defibrillator |
| BSCC | Board of State and Community Corrections |
| CIT | Crisis Intervention Team |
| DJJ | Division of Juvenile Justice |
| EVJ | East Valley Jail |
| GED | General Educational Development |
| Grand Jury | 2015-2016 Ventura County Grand Jury |
| INS | Immigration and Naturalization Service |
| JJ | Juvenile Justice |
| P&P | Policies and Procedures |
| Prop 47 | Proposition 47 |
| Sherriff's Office | Ventura County Sheriff's Office |
| SPMI | Severe and Persistent Mental Illness |
| Supervised release | A realignment created form of court-ordered probation requiring a period of time in the community under the supervision of the Ventura County Sheriff's Office |
| VCBH | Ventura County Behavioral Health |
| VCPAJF | Ventura County Probation Agency Juvenile Facility |
| VYCF | Ventura Youth Correctional Facility |
| Wards | Term used by the State to address underage inmates of the corrections system |
| YCC | Youth Correctional Counselor |
| Youths | Term used by the County to address underage inmates of the corrections system |

# Attachment 01

# Detention Facility Summary Matrix

## Detention Facilities Inspection Summary

| | Holding Facilities | | | | | | | | | Jail Facilities | | | | |
| | | | | | | | | | | Adult Facilities | | | Juvenile Facilities | |
| | Camarillo | Fillmore | Moorpark | Ojai | Oxnard | Port Hueneme | Santa Paula | Simi Valley | Ventura | East Valley/TO | Main Jail | Todd Road | Juvenile Justice | Corrections Facility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Policy/Procedures** | | | | | | | | | | | | | | |
| Training for natural disasters | E | S | S | S | S | S | S | E | S | S | S | S | S | S |
| Medical incidents | S | S | S | S | S | S | E | S | S | S | S | S | S | S |
| Crisis intervention | | | | | | | | | | S | S | S | S | S |
| Routine operations procedure | S | S | S | S | S | S | E | S | S | S | S | E | S | S |
| Inmate classification procedure | | | | | | | | | | S | E | S | S | S |
| Inmate request procedure | | | | | | | | | | S | S | S | S | S |
| Grievance procedure | | | | | | | | | | S | S | S | S | S |
| **Physical Facility Observations** | | | | | | | | | | | | | | |
| Capacity (See notes below) | 4 | 7 | 10 | 2 | 75 | 4 | 14 | 25 | 6 | 34 | 823 | 796 | 150 # | 600 & |
| Average population/crowding? | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | 10 | 841 | 824 | 90 | 237 |
| Certifications current? | S | S | S | S | S | S | S | S | S | S | S | S | S | S |
| Average detainee stay | | | | | | | | | | 12h | 8m | 2-10 | 60d | 9.5m |
| Cell cleanliness/sanitation | S | S | E | E | N | S | E | E | S | S | S | S | S | N |
| Clothing/personal hygiene | | | | | | | | | | S | S | S | S | S |
| Bedding linens | | | | | | | | | | S | S | S | S | S |
| Toilet accessibility | E | S | S | S | S | S | E | S | S | S | S | S | S | S |
| Shower accessiblity | | | | | | | | | | S | S | E | S | S |
| Bodily fluids cleaners/drainage | S | S | S | S | S | S | S | S | S | S | | | | |
| Safety/maintenance | E | E | S | E | N | S | E | S | S | S | S | S | S | N |
| Lighting/environment | | | | | | | | | | E | S | S | S | S |
| Phone accessibility | S | E | E | S | S | S | S | S | S | E | S | S | S | S |
| Food/snacks/water | S | E | S | S | S | S | S | E | S | S | | | | |
| Kitchen cleanliness/adequacy | | | | | | | | | | E | E | S | S | S |
| Food/preparation | | | | | | | | | | S | E | S | S | S |
| First aid/AED, log | S | S | S | S | S | S | S | E | S | S | S | S | S | S |
| Medical infrastructure | | | | | | | | | | S | S | S | S | S |
| Accommodation for restraints | E | S | E | S | S | S | S | S | S | | | | | |
| Exercise/recreation facilities | | | | | | | | | | S | S | S | S | S |
| Appropriate English/Spanish signage | S | S | S | S | S | S | S | S | N | E | S | S | S | S |
| **Other** | | | | | | | | | | | | | | |
| Staff Spanish ability | S | S | S | S | S | S | S | S | S | S | S | S | S | S |
| Staffing adequacy | S | S | S | S | N | N | S | N | N | N | S | S | S | S |
| Inmate programs | | | | | | | | | | E | S | E | E | S |
| **Holding Facility Accom. For Juveniles** | | | | | | | | | | | | | | |
| Appropriate use of restraints | S | E | S | S | S | S | S | E | S | S | | | | |
| Segregation from adults | S | S | S | S | S | S | E | E | S | S | | | | |
| Shouting distance to staff | S | S | S | S | S | S | S | S | S | S | | | | |
| Phone call to parents | S | S | S | S | S | S | S | E | S | S | | | | |
| Pretransfer interview | S | S | E | S | S | S | S | E | S | S | | | | |
| Log | S | S | E | S | S | S | S | S | S | S | | | | |
| Average time held (hrs.) | 0.5 | 1 | 2 | 1 | 1 | 2 | 3 | 2 | 1 | 2 | | | | |

*: 100 capacity set by staffing level. Facility has 235 beds.
#: 150 capacity set by staffing level. Facility has 435 beds.
&: 600 capacity set by staffing level. Facility has 800 beds.
Capacity for Todd Road, Main Jail, and East Valley set by State of California.