Brian A. Vogel (No. 167413)
Email: brian@bvogel.com
Heather A. Quest (No. 186740)
Email: heather@bvogel.com
THE LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Drive, Suite 104
Ventura, California 93003
Telephone: (805) 654-0400
Facsimile: (805) 654-0326

Barrett S. Litt (No. 45527)
Email: blitt@kmbllaw.com
David S. McLane (No. 124952)
Email: dmclane@kmbllaw.com
Lindsay Battles (No. 262862)
Email: lbattles@kmbllaw.com
KAYE, McLANE, BEDNARSKI & LITT, LLP
975 East Green Street
Pasadena, California 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MATTHEW SCOTT, an Individual by and through his Guardian Ad Litem, MARY RODGERS-VEY, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA FORENSIC MEDICAL GROUP et al.,**<br><br>Defendants. | 2:16-cv-03084-DSF-RAO<br><br>**STATUS CONFERENCE REGARDING PENDING TENTATIVE SETTLEMENT**<br><br>Courtroom: 7D<br>Judge: Hon. Dale S. Fischer<br>Trial Date: November 17, 2020<br>Action Filed: May 4, 2016 |

1

1  TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR
2  ATTORNEYS OF RECORD:
3      In accordance with the Court's July 20, 2020 minute order, the parties hereby
4  submit their joint status report regarding the status of settlement. On September 17,
5  2019 and November 18, 2019, the parties mediated the case before the Honorable
6  Irma Gonzalez (retired), JAMS mediator, in San Diego, California. The parties
7  tentatively settled the entire case, including any attorneys' fees claim, at the
8  conclusion of the two mediation sessions. On January 27, 2020, the parties filed a
9  notice of tentative settlement and stipulated to vacate all the scheduling order and
10 all related dates.
11     Since February 2020, the parties have been working to negotiate the final
12 language of the settlement agreement and related documents. Although their
13 progress was delayed in March by the COVID-19 public health crisis, they have
14 now completed these negotiations and have finalized a draft settlement agreement
15 that has been approved by counsel for all parties. Before the agreement could be
16 signed, the Department of State Hospitals was required to obtain approval through
17 the State of California's internal approval process and from the individually named
18 State Defendants. Counsel for Department of State Hospitals and the individually
19 named State Defendants received final authority to sign the settlement agreement
20 on their behalf on August 6, 2020. The other defendants are prepared to sign as
21 well once there is final Department of State Hospitals approval.
22     Plaintiffs have prepared draft pleadings for class certification, preliminary
23 approval of the settlement (which addresses attorney's fees in the context of
24 preliminary approval, but there will be a separate motion for attorney's fees filed
25 after notice to the class). Counsel for Defendants have reviewed these motions,
26 provided feedback, and approved of the language. The motions will be filed as soon
27 as the settlement agreement is approved and signed. Plaintiffs have sought and
28 compared bids for a claims administrator, and are prepared to select a claims

administrator once the settlement is finalized.

    Department of State Hospitals has also been working to collect personal identifying and contact information for class members so that notice may be issued as promptly as possible after any decision on preliminary approval. Department of State Hospitals anticipates that the class data will be ready to disclose not later than September 1, 2020. Having solicited bids from potential class administrators, Plaintiffs are finalizing their recommendation on the choice of the class administrator and entering into a preliminary agreement with the class administrator.

    The parties further agree to file the motion for preliminary approval or further notify the Court of the status of this matter no later than September 10, 2020.

Dated:  August 10, 2020    KAYE, McLANE, BEDNARSKI & LITT, LLP

By  */s/ Barrett S. Litt*
    Barrett S. Litt
*Attorney for Plaintiffs*

Dated:  August 10, 2020    BERTLING LAW GROUP

By  */s/ Jemma Parker Saunders*
    Jemma Parker Saunders
*Attorneys for Defendants
CFMG, Taylor Fithian, M.D., Paul Adler, M.D., Ronald Pollack, M.D.*

Dated:  August 10, 2020    SELTZER CAPLAN MCMAHON VITEK

By  */s/ Neal Panish*
    Neal P. Panish
*Attorneys for Defendants
MHM Services of California, Inc.; Marcus Lopez*

Dated:  August 10, 2020    ATTORNEY GENERAL OF CALIFORNIA

By  */s/ Jonathan E. Rich*
    Jonathan E. Rich
    Deputy Attorney General
*Attorneys for Defendants Pam Ahlin, Director of the California Department of State Hospitals; and Harry Oreol, Director of Patton State Hospital*